**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 17, 2026

---

RESPONSE REQUESTED

---

No. 26-1874, US v. Commonwealth of Virginia
3:26-cv-00545-REP

TO: United States of America

RESPONSE DUE: 08/21/2026

Response is required to the motion for stay of preliminary injunction pending appeal on or before 08/21/2026.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

R. Phillips, Deputy Clerk
804-916-2702