FILED: August 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1874
(3:26-cv-00545-REP)

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

O R D E R

Upon consideration of the joint motion for order granting leave to modify order on appeal, the court grants the motion and grants the district court leave to

make a clerical correction to the preliminary injunction currently on appeal.

For the Court

/s/ Nwamaka Anowi, Clerk