FILED: September 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1874
(3:26-cv-00545-REP)

---

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

------------------------------

CITIZENS FOR RESPONSIBILTY AND ETHICS IN WASHINGTON

Amicus Supporting Appellant

---

O R D E R

---

Upon consideration of submissions relative to appellants' motion for stay of

preliminary injunction pending appeal, the court denies the motion.

Judge Heytens and Judge Benjamin voted to deny the motion. Judge King voted to grant the motion.

For the Court

/s/ Nwamaka Anowi, Clerk