No. 26-1874

IN THE

# United States Court of Appeals for the Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

THE COMMONWEALTH OF VIRGINIA, *et al.*,

*Defendants-Appellants*.

**On Appeal from the United States District Court for the Eastern District of Virginia**

## Consent Motion to Expedite Briefing and Consolidate Related Appeals for Oral Argument


JAY JONES
*Attorney General*

TRAVIS G. HILL
*Chief Deputy Attorney General*

TILLMAN J. BRECKENRIDGE
*Solicitor General*

ETHAN P. FALLON
*Deputy Solicitor General*

R. TRENT TAYLOR
*Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us


September 14, 2026


*Counsel for Defendants-Appellants*

Pursuant to Federal Rules of Appellate Procedure 3(b)(2) and 27 and Fourth Circuit Local Rules 12(b), 12(c), and 27(a), the appellants—with the appellee's agreement—move to expedite briefing in No. 26-2258 and to consolidate that appeal with No. 26-1874 for purposes of oral argument on October 27, 2026. In support of this motion, the parties state as follows:

1. These appeals arise from the same district-court action, *United States v. Virginia*, No. 3:26-cv-00545-REP, in the United States District Court for the Eastern District of Virginia.

2. In No. 26-1874, Defendants-Appellants appeal from the district court's preliminary injunction concerning Va. Code § 19.2-83.6:2, referred to in the district court proceedings as the Mask/Identity Law. That appeal is scheduled for oral argument on October 27, 2026.

3. In No. 26-2258, Defendants-Appellants appeal from the district court's preliminary injunction concerning Va. Code § 15.2-1726.1, referred to in the district court proceedings as the Virginia 287(g) Law. The district court entered the preliminary-injunction order on August 31, 2026, and issued a memorandum opinion on September 3, 2026.

4. The two appeals involve the same parties, arise from the same complaint and district court docket, and concern related preliminary-injunction rulings addressing federal law enforcement, state sovereignty, and intergovernmental immunity. Consolidating the appeals for purposes of oral argument would promote judicial economy and assist the Court by allowing the same panel to consider related questions arising from the same litigation.

5. The parties do not seek to delay No. 26-1874. Instead, the parties request expedited briefing in No. 26-2258 so that the 287(g) appeal may be heard during the same argument session as No. 26-1874.

6. Expedited briefing is feasible. The district court has entered the preliminary-injunction order and memorandum opinion at issue in No. 26-2258. The relevant preliminary-injunction record has been developed, and the relevant transcripts have been filed. The parties can present the 287(g) appeal on the existing record.

7. The parties agreed to the following briefing schedule for No. 26-2258:

- Defendants-Appellants' opening brief and joint appendix: September 25, 2026.
- Plaintiff-Appellee's response brief: October 16, 2026.

- Defendants-Appellants' reply brief: October 22, 2026.

8. Oral argument is warranted in No. 26-2258. The appeal concerns a preliminary injunction against a state statute and presents important constitutional questions involving 8 U.S.C. § 1357(g), the Contract Clause, intergovernmental immunity, federal immigration enforcement, and the Commonwealth's authority over its own law-enforcement agencies, officers, resources, and political subdivisions.

9. Counsel for all parties have conferred, and all parties agree to the relief requested in this motion.

For these reasons, the parties respectfully request that the Court expedite briefing in No. 26-2258 under the schedule set forth above and consolidate No. 26-2258 with No. 26-1874 for purposes of oral argument on October 27, 2026.

Respectfully submitted,

COMMONWEALTH OF VIRGINIA and JAY JONES, in His Official Capacity as Attorney General for the Commonwealth of Virginia

/s/ *Ethan P. Fallon*
ETHAN P. FALLON
*Deputy Solicitor General*


JAY JONES
*Attorney General*

TRAVIS G. HILL
*Chief Deputy Attorney General*

GRETCHEN ELLEN NYGAARD
*Deputy Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
SolicitorGeneral@oag.state.va.us

TILLMAN J. BRECKENRIDGE
*Solicitor General*

R. TRENT TAYLOR
*Deputy Solicitor General*


September 14, 2026

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

/s/ *Ethan P. Fallon*
ETHAN P. FALLON
*Deputy Solicitor General*

## CERTIFICATE OF SERVICE

I certify that on September 14, 2026, I electronically filed the foregoing brief with the Clerk of the Court using the appellate CM/ECF system, which will serve all parties or their counsel of record through the CM/ECF system.

/s/ *Ethan P. Fallon*
ETHAN P. FALLON
*Deputy Solicitor General*