FILED: October 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1874 (L)
(3:26-cv-00545-REP)

---

THE UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THE COMMONWEALTH OF VIRGINIA; JAY JONES, in his official capacity as Attorney General of Virginia

Defendants - Appellants

and

STEVE DESCANO, in his official capacity as Commonwealth Attorney for Fairfax, Virginia

Defendant

------------------------------

CITIZENS FOR RESPONSIBILTY AND ETHICS IN WASHINGTON; FEDERALISM PROFESSORS; THE RODERICK & SOLANGE MACARTHUR JUSTICE CENTER

Amici Supporting Appellants

HON. KENNETH T. CUCCINELLI II

Amicus Supporting Appellee

# O R D E R

Hon. Kenneth T. Cuccinelli II has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk